UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MANNY PASTREICH, AS TRUSTEE AND
THE TRUSTEES OF THE BUILDING
SERVICE 32BJ HEALTH FUND,

                Plaintiffs,

-against-

SOVEREIGN SECURITY, LLC,

                Defendant.

Case No. 1:25-cv-08652(JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

The Initial Pretrial Conference scheduled for **January 6, 2026**, at **10:00 a.m.** is

HEREBY ADJOURNED given that Defendant has not appeared.  Plaintiffs are directed to file a

status letter by **January 13, 2026**, advising the Court on whether Plaintiffs intend to seek default

judgment.

Dated: December 30, 2025
       New York, New York

SO ORDERED.

JENNIFER L. ROCHON
United States District Judge