UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
MANNY PASTREICH, AS TRUSTEE, AND THE
TRUSTEES OF THE BUILDING SERVICE 32BJ          Civil Action.
HEALTH FUND,                                    25-cv-8652

                              Plaintiffs,

-v-                                             **DEFAULT**
                                                **JUDGMENT**

SOVEREIGN SECURITY, LLC,

                              Defendant.
-----------------------------------------------------------------------X

On application for Default Judgment by Plaintiffs Manny Pastreich, as Trustee, and the Trustees of the Building Service 32BJ Health Fund, brought upon by Order to Show Cause and returnable before the Honorable Jennifer L. Rochon, U.S.D.J., and Sovereign Security LLC, having been duly noticed of this proceeding and Defendant having not appeared in opposition to the Motion, and the Court having found that default judgment is appropriate. For the reasons stated on the record at the May 12, 2026 default judgment hearing:

**IT IS HEREBY ADJUDGED** that Plaintiffs Manny Pastreich, as Trustee, and the Trustees of the Building Service 32BJ Health Fund, having a principal place of business at 25 West 18th St., New York, New York 10011, do recover of Defendant Sovereign Security, LLC, having a last known address of 123 S Broad St., Suite 1650, Philadelphia, PA 19109:

(1) immediate production and delivery of the following documents: for the time period January 1, 2019, through the present, complete: (1) individual earnings records; (2) weekly payroll journals; (3) timesheets; (4) quarterly state and federal payroll tax returns; (5) W-2s, (6) employee roster (identifying all employees, work locations, job titles, hire/term dates), (7) general ledger/cash disbursements journal, and (8) 401(k) enrollment forms and withholdings information (collectively the "Audit Documents"), and participation in the required payroll compliance audit.

(2) Upon delivery of the Audit Documents to the Plaintiffs and completion of the audit, prompt payment of the Audit findings-principal, interest, liquidated damages, and the audit fees incurred in performing the audit.

Default Judgment is therefore GRANTED on Counts I and II of the Complaint and the Clerk of the Court is respectfully directed to terminate the open motion at Dkt. 13 and close this case.

Dated: May 12 , 2026
      New York, New York

_____
Hon. Jennifer L. Rochon,
United States District Judge